# United States Court of Appeals
## For the First Circuit

No. 06-2469

AIDA LUZ MORINGLANE-RUIZ; AURELIO FERNANDEZ-MALDONADO;
CONJUGAL PARTNERSHIP MORINGLANE-MALDONADO,

Plaintiffs, Appellants,

v.

MARCELO TRUJILLO-PANISSE, in his personal and his official
capacity as Mayor of Humacao; MUNICIPALITY OF HUMACAO,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this court, issued May 9, 2007, should be amended as follows:

On the coversheet following "Hon. Daniel R. Dominguez, <u>U.S. District Judge</u>] insert "Hon. Aida M. Delgado-Colon, <u>U.S. District Judge</u>"